UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KENNIN DWAYNE JACKSON,  :
                        :
                Plaintiff,  :    18 Civ. 9463 (GBD) (RWL)
                        :
  - against -          :    **ORDER**
                        :
TSOI, #19014,           :
                        :
                Defendant.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

       The Court is in receipt of Plaintiff's motion for reconsideration asking the Court to lift the stay in this case. (Dkt. 46.) The Court agrees with Plaintiff that the stay should not last indefinitely, as the Court previously indicated. The motion is DENIED as moot, however, in that the Court ruled that the most recently granted extension will be the last. The stay will be lifted the **earlier** of (1) January 29, 2019, or (2) the Government's reporting that the internal investigation of matters related to this dispute has been closed.

                                               SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2019
       New York, New York

Transmitted to all counsel of record and mailed to:

    Kennin Dwayne Jackson
    #357956
    MacDougall-Walker Correctional Institution
    1153 East Street South
    Suffield, Connecticut 06080

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/19