USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-30-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNIN DWAYNE JACKSON,

                Plaintiff,

- against -

TSOI, #19014,

                Defendant.
------------------------------------------------------------X

18 Civ. 9463 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Court's earlier orders, and upon notification by the City of New York that investigation into the matter of Defendant Tsoi is complete (Dkt. 49), the stay of this case is LIFTED. Defendant Tsoi shall respond to the complaint by February 28, 2020.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: January 30, 2020
       New York, New York

Transmitted to all counsel of record and mailed to:

    Kennin Dwayne Jackson
    26-63 Heath Avenue
    Apartment 10-M
    Bronx, NY 10463